EL PUEBLO, DEMANDANTE Y APELADO, *v.* HERNÁNDEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Aguadilla en causa por infracción a la Ley de Salario Mínimum.

No. 1525.—Resuelto en enero 27, 1921.

SALARIO MÍNIMUM—TRABAJO POR AJUSTE—PRUEBA INSUFICIENTE.—La mera conclusión del inspector del trabajo de que la empleada por ajuste, en un caso de violación a la Ley del Salario Mínimum, ganó menos de un dólar diario durante la semana expresada en la denuncia, no es prueba suficiente para sostener una sentencia condenatoria.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. J. B. García.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*
EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.
Este fué un proceso seguido bajo la Ley de Salario Mínimum, aprobada en junio 9 de 1919. La denuncia imputaba el hecho de haber empleado el acusado a una mujer que trabajaba por ajuste cuarenta horas a quien sólo pagó $3.97.

La prueba, sin embargo, como indicó el fiscal, no demuestra que ella en realidad trabajó en la semana a que se hace referencia en la denuncia. La manifestación del inspector de que él no recordaba cuánto ganó pero que ganaba menos de un peso por día, era insuficiente. Por consiguiente se hace imposible saber cuánto ganó en esa semana o cuánto hubiera ganado.

La sentencia apelada debe ser revocada.

*Revocada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.